# United States Court of Appeals
## For the First Circuit

No. 07-1512

UNITED STATES OF AMERICA,

Appellee,

v.

PEDRO PIMENTEL,

Defendant, Appellant.

_____

**ERRATA SHEET**

The opinion of this Court issued on August 21, 2008, is amended as follows:

On page 2, line 7: change "instructed" to "instructing."